EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte | 2010 TSPR 147 |
| Reinaldo Babilonia Cardona | 179 DPR _____ |

Número del Caso: TS-6272

Fecha: 29 de julio de 2010

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

                              6272
Reinaldo Babilonia Cardona

Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.

RESOLUCIÓN

San Juan, Puerto Rico, a  29 de julio de 2010

Examinada la Moción Solicitando Baja Voluntaria presentada por el Lcdo. Reinaldo Babilonia Cardona, así como la comunicación de la Oficina del Fiscal General, se autoriza su baja voluntaria.
Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                    Aida Ileana Oquendo Graulau
                 Secretaria del Tribunal Supremo